# COURT MINUTES

## U.S. MAGISTRATE JUDGE ROBIN S. ROSENBAUM- FORT LAUDERDALE, FLORIDA

DEFT: Thomas Rafanello (B)  
CASE NO: 09-60129-CR-WJZ  
AUSA: Jack Patrick and Matthew Klecka  
ATTY: Kendall Coffey  
USPO:  
VIOL: 18:1519--Destruction of records in a federal investigation  
PROCEEDING: Report Re:Counsel/Arraignment  
RECOMMENDED BOND:  
BOND HEARING HELD - yes / no  
COUNSEL APPOINTED:  
BOND SET @:  
To be cosigned by:

Permanent NOA filed; Dft. waives reading; enters plea of N/G; request trial by jury and SDO entered.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or      x's a week/month by phone;      x's a week/month in person.

☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew:

☐ Travel extended to:

☐ Halfway House

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS HEARING: | 10/6/09 | 11:00 | SNOW | |

DATE 9/18/09    TIME 9:30    RSR Tape #09-41    736-815    DAR 9:32:02    Time in Ct.    5 min