UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.09-60129-CR-WJZ

UNITED STATES OF AMERICA

vs                                              Inmate #

                                                Language: English

THOMAS RAFFANELLO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Robin S. Rosenbaum on September 18, 2009, where the Defendant was arraigned and a plea of NOT GUILTY was entered on an *Superseding Indictment*. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT ADDRESS: See Bond

DEFENSE COUNSEL:   **Kendall Brindley Coffey**
Coffey Burlington
Office in the Grove, PH
2699 South Bayshore Drive
Miami , FL 33133-5448
305-858-2900

BOND SET/CONTINUED: $100,000 PSB

Bond hearing held: yes__ no X__ Bond hearing set for_____

Dated this 18th day of September, 2009.

STEVEN M. LARIMORE
COURT ADMINISTRATOR/CLERK OF COURT
By: Glenda Walker
     Deputy Clerk

Tape No. FTL/RSR#09-41